United States Courts
Southern District of Texas
FILED

February 20, 2024

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **v.** § | **CRIMINAL NO. H-22-543** |
| § | |
| **PIERRE DELANEY,** § | |
| **Defendant.** § | |

## FACTUAL SUMMARY

If this case were to proceed to trial, the United States would be able to prove each element of the offense beyond a reasonable doubt. The following facts among others would be offered to establish Defendant's guilt:

a. On March 19, 2021, officers responded to 8312 Lavender Street in Houston, Texas, to investigate shots being fired at or near the location. Officers approached the Defendant to inquire if the Defendant had knowledge of any shots being fired. Officers asked the Defendant if he was armed and the Defendant stated that he was armed. A search of the Defendant resulted in the discovery of a Taurus 9mm in caliber pistol.

b. The Taurus pistol affected interstate commerce in that it was manufactured outside of the State of Texas.

c. The Defendant has previously been convicted for a crime punishable by imprisonment for a term exceeding one year, to wit: burglary of a building on February 7, 2017, in the 248th District Court of Harris County, Texas.